DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAC 2021-1, LLC,** as assignee of **KANESHA STOKES,**
Appellant,

v.

**YOSS PRASHKOVSKY, LLC** d/b/a **SAN MARCO I APTS,**
Appellee.

No. 4D2023-0810

[July 10, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Louis H. Schiff, Judge; L.T. Case No. CONO22-008130.

Brian Korte of Korte & Associates, LLC, Singer Island, for appellant.

No answer brief filed for appellee.

PER CURIAM.

KAC 2021-1, LLC ("KAC") appeals an order dismissing its complaint with prejudice, which the county court entered after KAC filed and served a timely notice of voluntary dismissal under Florida Rule of Civil Procedure 1.420(a)(1).

The notice of voluntary dismissal divested the county court of jurisdiction to enter a subsequent order dismissing the case with prejudice. *See Pino v. Bank of N.Y.*, 121 So. 3d 23, 32 (Fla. 2013); *Aero Toy Store, Inc. v. Sherwin-Williams Co.*, 725 So. 2d 1267, 1268 (Fla. 4th DCA 1999). Accordingly, we reverse for the county court to vacate the order of dismissal.

*Reversed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***